Case 3:17-cv-00294   Document 33   Filed on 06/12/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| RUBEN CHAPA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:17-CV-294 |
| § | |
| MARATHON PETROLEUM COMPANY § | |
| LP, *et al*, § | |
| § | |
| Defendants. § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Dkt. 32.

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of all claims asserted in this matter, unless any party represents in writing filed with the Court on or before **July 12, 2018** that the settlement could not be completely documented.

All pending motions are hereby **DENIED as moot.**

SIGNED at Galveston, Texas, this 12th day of June, 2018.

_____
George C. Hanks Jr.
United States District Judge